UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 26, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:10-mj-255 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| LUIS EDUARDO SANCHEZ, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Luis Eduardo Sanchez; Case 2:10-mj-255 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_    Release on Personal Recognizance

\_    Bail Posted in the Sum of _____

X    Unsecured bond in the amount of $100,000

\_    Appearance Bond with 10% Deposit

\_    Appearance Bond secured by Real Property

\_    Corporate Surety Bail Bond

X    (Other) Pretrial conditions/supervision;

Issued at Sacramento, CA on 8/26/2010 at 2:40 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge