| | |
|---|---|
| 1 | PHILIP COZENS |
| | 1007 7th Street, Suite 500 |
| 2 | Sacramento, CA  95814 |
| | Telephone (916) 443-1504 |
| 3 | Fax (916) 443-1511 |
| | Email  pcozens@aol.com |
| 4 | |
| 5 | Attorneys for Defendant Luis Eduardo Sanchez |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:10- CR-00395 LKK |
| | ) | |
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEY AND ORDER |
| | ) | |
| vs. | ) | |
| LUIS EDUARDO SANCHEZ, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Luis Eduardo Sanchez, Defendant, substitutes PHILIP COZENS, 1007 7th Street, Suite 500, Sacramento, CA  95814, (916) 443-1504, as his attorney of record  in this action in the place of OLAF HEDBERG, 901 H Street, Suite 673, Sacramento, CA 95814, 447-1192..

Olaf Hedberg is a member of the CJA Panel and was an appointed attorney in this action.

DATED: September 15, 2010                     /s/ Luis Eduardo Sanchez
                                                                    By_____
                                                                         LUIS EDUARDO SANCHEZ

SUBSTITUTION OF ATTORNEY AND PROPOSED ORDER - 1

I accept this substitution:

Dated: September 15, 2010

                                            By  /s/ Philip Cozens
                                            PHILIP COZENS

I consent to the above substitution:

Dated: September 15, 2010

                                            By    /s/ Olaf Hedberg
                                            OLAF HEDBERG

## ORDER

     The Court hereby grants the Substitution of Attorney, and allows Philip Cozens to become the attorney of record for Defendant Luis Eduardo Sanchez.

     IT IS SO ORDERED.

Dated: September 28, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT