Anthony J. Palik (SBN 190971)
Attorney at Law
455 Capitol Mall, Suite 231
Sacramento, CA 95814
Ph.: (877) 946-6692
Fax: (888) 487-6105

Attorney for Defendant Luis Sanchez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-cr-00395-LKK-2 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| LUIS EDUARDO SANCHEZ, | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

On June 12, 2013, ANTHONY J. PALIK, counsel for LUIS EDUARDO SANCHEZ, a defendant in the above-entitled action, made an *ex parte* request for an order waiving the defendant's personal appearance at a continued status conference in this case, to be held on June 18, 2013, at 9:15 a.m., in courtroom 4, on the fifteenth floor of the United States Federal Courthouse, located at 501 I Street, in Sacramento, California. Based on the pleadings filed herein, the Court's file, and the *ex parte* motion and supporting documents filed herewith,

IT IS HEREBY ORDERED THAT,

The personal appearance of the defendant LUIS EDUARDO SANCHEZ is waived for the June 18, 2013 status hearing.

IT IS FURTHER ORDERED THAT,

The aforementioned status conference of June 18, 2013, is hereby confirmed.


SO ORDERED,

Dated: June 14, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT