BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-10-395 LKK |
| Plaintiff, | ORDER FOLLOWING STATUS CONFERENCE |
| v. | |
| LUIS EDWARD SANCHEZ, | |
| Defendant. | |

This matter came before the Court for a status of counsel hearing on August 27, 2013, at 9:15 a.m. Assistant United States Attorney Todd D. Leras represented the government. Attorney Anthony Palik appeared on behalf of Defendant Luis Sanchez, who was personally present in court.

Attorney Palik represented that he had confirmed that replacement counsel would be appearing for Mr. Sanchez by September 24, 2013. Due to that new attorney's need to review discovery in this wiretap investigation and become familiar with the case, the parties agreed that an exclusion of time for attorney preparation would be appropriate up to September 24,

1

2013.  Attorney Palik was relieved as counsel of record.  The Court directed government counsel to prepare a formal order regarding the proceedings.

**IT IS HEREBY ORDERED**:

1. A status conference in this matter is set for September 24, 2013, at 9:15 a.m.;

2. Based on the representation of the parties as to replacement counsel appearing on behalf of Defendant Sanchez, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel and reasonable time to prepare) up to and including September 24, 2013; and

3. Attorney Anthony Palik is relieved as counsel of record for Defendant Sanchez.

IT IS SO ORDERED

Date: September 24, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT