1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         CASE NO.  2:10-CR-395 LKK

12                    Plaintiff,      ORDER RE: SCHEDULING STATUS
                                      CONFERENCE AND EXCLUDING TIME UNDER
13         v.                         SPEEDY TRIAL ACT

14  LUIS EDUARDO SANCHEZ              DATE: September 24, 2013
                                      TIME:  9:15 a.m.
15                    Defendant.      CTRM: Hon. Lawrence K. Karlton

16

17         On September 24, 2013, the Court held a status conference in this case.  Assistant United States

18  Attorney Heiko P. Coppola appeared on behalf of plaintiff, the United States of America.  Edward R.

19  Ramirez, Jr. appeared with defendant Luis Eduardo Sanchez, who was present and in custody.

20         This was Mr. Ramirez first appearance as counsel for the defendant.  Mr. Ramirez needed

21  additional time to review discovery, confer with the defendant and prepare the matter for further

22  hearings.  This Court granted a continuance for a further status conference to November 5, 2013, at

23  9:15 a.m. for defense counsel's continued preparation and continuity of counsel.

24         Having found that the ends of justice served by continuing the case as requested outweigh the

25  interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial

26  / / /

27  / / /

28  / / /

/ / /

Act, the Court therefore excluded time from September 24, 2013, to, and including, November 5, 2013, from computation of time within which the trial of this matter must be commenced, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.

Dated:   October 10, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT