BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS EDUARDO SANCHEZ,<br><br>Defendant. | CASE NO. 2:10-CR-0395 LKK<br><br>ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT AS TO DEFENDANT LUIS EDUARDO SANCHEZ<br><br>DATE: March 18, 2014<br>TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

On March 18, 2014, the Court held a status conference in this case. Assistant United States Attorney RICHARD J. BENDER appeared on behalf of plaintiff, the United States of America. EDWARD R. RAMIREZ, Esq. appeared with defendant LUIS EDURADO SANCHEZ, who was present.

This Court granted a continuance for a further status conference/entry of plea to April 1, 2014, at 9:15 a.m., to allow the parties to finalize the proposed plea agreement and for defense counsel to review it with his client.

Having found that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER RE: SCHEDULING STATUS
CONFERENCE AND EXCLUDING TIME

1

Act, the Court therefore excluded time from March 18, 2014, to, and including, April 1, 2014, from computation of time within which the trial of this matter must be commenced, pursuant to Local Code T4.

Dated: March 26, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT