BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS EDUARDO SANCHEZ,<br><br>Defendant. | CASE NO. 2:10-CR-0395 LKK<br><br>ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT AS TO DEFENDANT LUIS EDUARDO SANCHEZ<br><br>DATE: April 1, 2014<br>TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

On April 1, 2014, the Court held a status conference in this case. Assistant United States Attorney Richard J. Bender appeared on behalf of plaintiff, the United States of America. Chistopher Cosca, Esq. specially appeared, standing in for Edward Ramirez, Esq., who was ill and unable to appear. Defendant LUIS EDURADO SANCHEZ was present.

This Court granted a continuance for a further status conference/entry of plea to April 15, 2014, at 9:15 a.m., because of the unavailability of defense counsel due to illness (stomach flu).

Having found that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME

1

1  Act, the Court therefore excluded time from April 1, 2014, to, and including, April 15, 2014, from
2  computation of time within which the trial of this matter must be commenced, pursuant to Local
3  Code T4.
4  DATED: April 10, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT