| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | RICHARD J. BENDER |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95831 |
| 4 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-0395 LKK |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE/CHANGE OF PLEA AND EXCLUDING TIME; ORDER |
| v. | |
| LUIS EDUARDO SANCHEZ, | |
| Defendants. | |

This matter is currently scheduled for a status conference/change of plea for April 15, 2014, at 9:15 a.m. Defense counsel has been ill (bronchitis), has just now returned to work, and needs additional time to review the proposed plea agreement with the defendant. Accordingly, the parties request that the status conference/change of plea hearing be rescheduled to April 29, 2014 at 9:15 a.m. at which time they anticipate either a change of plea or setting a trial schedule.

The parties also request that time be excluded from the Speedy Trial Act computations pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(reasonable time for defense counsel to prepare); Local Code T4 (reasonable time to prepare and continuity of counsel) from April 15, 2014, up to and including April 29, 2014, and that the Court find that the ends of justice served by the continuance outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

//

//

Order Continuing Status Conference

[Stip./Order Continuing Status Conference, U.S. v. Sanchez, page two]

Dated: April 11, 2014  BENJAMIN B. WAGNER
U.S. Attorney

by /s/ Richard J. Bender
RICHARD J. BENDER
Assistant U.S. Attorney

Dated: April 11, 2014  /s/ Edward Ramirez (by RJB)
EDWARD RAMIREZ
Attorney for Luis Eduardo Sanchez

O R D E R

It is so ORDERED,

This 14th day of April, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT