| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | RICHARD J. BENDER |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA  95831 |
| 4 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:10-CR-0395 LKK |
| Plaintiff, | STIPULATION CONTINUING SENTENCING; ORDER |
| v. | |
| LUIS EDUARDO SANCHEZ, | |
| Defendants. | |

This matter is currently scheduled for sentencing for July 22, 2014.  Defense counsel has a recently arisen commitment related to surgery to a family member and requests that the sentencing as to the above defendant be continued to August 5, 2014 at 9:15 a.m.  Government counsel and the Probation Officer have no objection.

Dated: July 18, 2014  BENJAMIN B. WAGNER
U.S. Attorney

by  /s/ Richard J. Bender
RICHARD J. BENDER
Assistant U.S. Attorney

Dated: July 18, 2014  /s/ Edward Ramirez
EDWARD RAMIREZ
Attorney for Luis Eduardo Sanchez

O R D E R

It is so ORDERED,

This 22nd day of  July, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order Continuing Sentencing